UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
MZEE B. KINYWA,

        Plaintiff,

  -vs-

MICHAEL ZENK,

        Defendant.
----------------------------------------------------------X
FEUERSTEIN, J.

ORDER
CV-02-5237 (SJF)

The above-captioned case is dismissed without prejudice as abandoned.

SO ORDERED.

s/SJF

Sandra J. Feuerstein
United States District Judge

Dated: Brooklyn, NY
      May 17, 2004