```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MZEE B. KINYWA,                                                      JUDGMENT
                                                                     02-CV- 5237 (SJF)
                        Plaintiff,

    -against-

                                                                     FILED
MICHAEL ZENK,                                                        IN CLERK'S OFFICE
                                                                     U.S. DISTRICT COURT E.D.N.Y.

                                                                     ★  MAY 2 5 2005  ★

                        Defendant.
-----------------------------------------------------------------X   P.M. _____
                                                                     TIME A.M. _____
```

An Order of Honorable Sandra J. Feuerstein, United States District Judge, having been filed on May 18, 2005, dismissing the case without prejudice; it is

ORDERED and ADJUDGED that plaintiff take nothing of the defendant; and that the case is dismissed without prejudice.

Dated: Brooklyn, New York
       May 18, 2005

                                                ROBERT C. HEINEMANN
                                                Clerk of Court